UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
----------------------------------------------------------

NORTHERN SECURITY INSURANCE
COMPANY,

                Plaintiff,

      -vs-                                 Civil Action No.: 4:20-cv-40089

TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA, JANE EDEN, P.C.,
AND LAW OFFICES OF
RICHARD J. RAFFERTY, P.C.,

                Defendants.
----------------------------------------------------------

## NOTICE OF REMOVAL

**COMES NOW** Defendant Travelers Casualty Insurance Company of America ("Travelers"), by and through its attorneys, Keane & Associates, and hereby invokes this Court's jurisdiction under the provisions of 28 USC 1332(a), 1441, and 1446, stating the following grounds in support of the removal of the above-captioned case from the Superior Court of Massachusetts, Worcester Superior Court to the United States District Court for the District of Massachusetts:

1. The above-captioned action was commenced by Plaintiff Northern Security Insurance Company. ("Plaintiff") in the Superior Court of Massachusetts, Worcester Superior Court by the filing of a Summons and Complaint on or about March 23, 2020. The Worcester Superior Court Clerk's Office assigned this action Civil Action No. 2085CV00327 (the "State Action").

2. A copy of Plaintiff's Summons and Complaint in the State Action is hereto annexed as **Exhibit A**.

3.  In the State Action, Plaintiff asserts claims against Travelers for declaratory judgment and reformation seeking liability coverage for Plaintiff's insured, 238 Shrewsbury Street, LLC ("Shrewsbury") as to an underlying personal injury action.

4.  Plaintiff claims that Travelers has a duty to defend and a duty to indemnify Shrewsbury in connection with the underlying personal injury action.

5.  Plaintiff seeks a declaration that Travelers has a duty to defend and a duty to indemnify Shrewsbury as to the underlying personal injury action or in the alternative Plaintiff's seeks reformation of the policy issued by Travelers to provide coverage for Shrewsbury.

6.  The complaint in the underlying personal injury action, which is attached as Exhibit D to Plaintiff's Summons and Complaint, alleges that the underlying plaintiff sustained severe and permanent injuries, both internally and externally, and was and will be hindered and prevented from attending to her usual duties and affairs of life, and has lost and will in the future lose value of that time.

7.  Removal of this action from the Superior Court of Massachusetts, Worcester Superior Court to the United States District Court for the District of Massachusetts is proper under 28 U.S.C. Section 1441(a).  The Federal Court would have had original jurisdiction of this action based upon diversity of citizenship, pursuant to 28 U.S.C. Section 1332, had this action been commenced in Federal Court in the first instance.

8.  Upon information and belief, Plaintiff was formed under the laws of Vermont and has a principal place of business located in Montpelier, Vermont.

9.  Defendant Jane Eden, P.C. is a Massachusetts professional corporation with its principal place of business located in Worcester, Massachusetts.

10. Defendant Law Offices of Richard J. Rafferty, P.C. is a Massachusetts professional corporation and has a principal place of business located in Worcester, Massachusetts.

11. Defendant Travelers is a Connecticut corporation with its principal office for the transaction of business in the State of Connecticut and is, therefore, a citizen of the State of Connecticut.

12. Upon information and belief, the amount in controversy exceeds the sum of value of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

13. Pursuant to 28 U.S.C. Section 1332(a)(1), the District Courts shall have original jurisdiction of this proceeding.

14. This Notice of Removal is timely. Plaintiff advised undersigned counsel that the return of service reflects that Travelers was served with the Complaint on June 17, 2020 by way of the Department of Insurance. Travelers has not received actual service of the Complaint as of this date. This notice was filed well within thirty (30) days of receipt of that pleading and within one year of the date upon which this action is commenced.

15. Defendants, Jane Eden, P.C. and Law Offices of Richard J. Rafferty, P.C., filed a motion to dismiss, dated June 26, 2020, which is the only motion pending in the State Action. The motion and opposition are attached as **Exhibit B**.

16. Travelers submits this Notice of Removal without waiving any defenses to Plaintiff's claims or conceding that Plaintiff has pled any claims upon which relief may be granted. Further, by filing this Notice of Removal, Travelers does not waive any defenses with respect to adequacy or effectiveness of service of process.

17. By and through counsel, Defendants Jane Eden, P.C. and Law Offices of Richard J. Rafferty, P.C. have indicated their consent to the instant Notice of Removal.

17. Contemporaneous with the filing of this Notice of Removal with the United States District Court for the District of Massachusetts, Travelers is also filing a Notice of Filing of Notice of Removal with the Clerk of the Worcester County Superior Court.

**WHEREFORE**, Defendant Travelers Casualty Insurance Company of America respectfully requests that the State Action be removed from the Superior Court of Massachusetts, Worcester Superior Court to the United States District Court for the District of Massachusetts.

Dated: July 15, 2020

**KEANE & ASSOCIATES**

By: ___/s/Meg R. Reid_____
       Meg. R. Reid
Tel: 917.778.6680
Fax: 844.571.3789
Email: mrreid@travelers.com

<u>Please address all correspondence sent by mail to:</u>
P.O. Box 2996
Hartford, CT 06104-2996

<u>Physical Address:</u>
485 Lexington Avenue, 6th Floor
New York NY 10017

*Attorneys for Defendant Travelers Casualty Insurance Company of America*

CERTIFICATION OF SERVICE

      I hereby certified that on July 15, 2020, a copy of the foregoing **Notice of Removal with Exhibits** was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, the District of Massachusetts's Local Rules, and the District of Massachusetts's Rules on Electronic Service upon the following parties and participants via regular mail and email:

Francis J. Lynch, III
Peter E. Heppner
pheppner@lynchlynch.com
Lynch & Lynch
45 Bristol Drive
South Easton, MA 02375

Matthew J. Holmes, Esq.
238 Shrewsbury Street
Worcester, MA 01604
mholmes@edenrafferty.com

                                                           /s/Meg R. Reid
                                                            Meg R. Reid