UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Northern Security Ins. Co.,
        Plaintiff(s),

V.

The Travelers Casualty Inc. Co. of America, et al.,
        Defendant(s),

CIVIL ACTION

NO. 20-40089-TSH

SETTLEMENT ORDER OF DISMISSAL

Hillman, D. J.

The Court having been advised on   February 4, 2022   that the above-entitled action has been settled.

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

February 4, 2022
Date

/s/ Martin Castles
Deputy Clerk