UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 4:20-CV-40089

NORTHERN SECURITY INSURANCE COMPANY,  )
)
PLAINTIFF )
)
VS. )
)
TRAVELERS CASUALTY INSURANCE COMPANY )
OF AMERICA, JANE EDEN, P.C., AND )
LAW OFFICES OF RICHARD J. RAFFERTY, P.C., )
)
DEFENDANTS )

## STIPULATION OF DISMISSAL

The parties in the above-entitled action, pursuant to the provisions of Federal Rules of Civil Procedure 41(a)(1)(ii) hereby stipulate that said action be dismissed as to all claims set forth in plaintiff's Complaint, and all counterclaims and crossclaims of the defendants, with prejudice, without costs, with all rights of appeal waived.

*/s/ Peter E. Heppner*                     */s/ Meg R. Reid*

| | |
|---|---|
| Peter E. Heppner, BBO 559504 | Meg R. Reid, BBO 704531 |
| pheppner@lynchlynch.com | mreid@travelers.com |
| Attorney for Plaintiff | Attorney for Defendant Travelers |
| Lynch & Lynch | Casualty Insurance Company of America |
| 45 Bristol Drive | Reid & Associates |
| South Easton, MA 02375 | P.O. Box 2996 |
| | Hartford, CT 06104-2996 |

*/s/ Robert A. Curley, Jr.*
_____
Robert A. Curley, Jr., BBO 109180
Rac@curleylaw.com
Attorney for Defendants,
Jane Eden P.C. and Law Offices of Richard J. Rafferty PC
99 Derby Street, Suite 200
Hingham, MA 02043

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants upon receipt of notification of same from the court.

*/s/ Peter E. Heppner*

_____
Peter E. Heppner, BBO 559504
pheppner@lynchlynch.com
Attorney for Plaintiff
Lynch & Lynch
45 Bristol Drive
South Easton, MA 02375
(508) 230-2500

3